# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| POPIELEWSKI, STEPHEN R | § | Case No. 08-02284 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-02284 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | POPIELEWSKI, STEPHEN R | | | Date Filed (f) or Converted (c): | 01/31/08 (f) |
| | | | | 341(a) Meeting Date: | 03/03/08 |
| For Period Ending: 12/18/14 | | | | Claims Bar Date: | 12/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK CHECKING ACCOUNT | 200.00 | 200.00 | | 0.00 | FA |
| 2. MISC. HOUSEHOLD GOODS AND FURNISHINGS | 300.00 | 300.00 | | 0.00 | FA |
| 3. NECESSARY WEARING APPAREL FOR DEBTOR | 200.00 | 200.00 | | 0.00 | FA |
| 4. REFUND OF INSURANCE PREMIUM ON REPOSSESSED TRACTOR | 200.00 | 200.00 | | 0.00 | FA |
| 5. ESTIMATED TAX REFUND (FEDERAL AND STATE) | 3,100.00 | 3,100.00 | | 0.00 | FA |
| 6. 2000 FORD EXCURSION 78 K MILES | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 7. 328 KINGSBURY DRIVE/TRUST (u) this was added by amended schedule at the gross sales price. | 257,500.00 | 257,000.00 | | 257,500.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 27.36 | FA |
| TOTALS (Excluding Unknown Values) | $268,500.00 | $268,000.00 | | $257,527.36 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-employed Accountant

-Debtor inherited $ from a Trust; Trustee and Bank Trustee cooperated to sell RE to fund initial payout of trust;

seeking to obtain remaining distribution out of trust - bank Trustee has refused that request (5-11); seeking to

liquidate remaining interest in trust

-Objection filed to amended exemptions claimed by Debtor; court sustained the objection and ruled in trustee's favor

-claim bar date set; claims review has been completed

-seeking to resolve remaining trust issues with bank Trustee

TFR IN PROGRESS SEPT 2014

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 18.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-02284   TAB   Judge: TIMOTHY A. BARNES | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | POPIELEWSKI, STEPHEN R | Date Filed (f) or Converted (c): 01/31/08 (f) |
| | | 341(a) Meeting Date: 03/03/08 |
| | | Claims Bar Date: 12/26/08 |

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 12/31/14

Case 08-02284   Doc 66   Filed 12/19/14   Entered 12/19/14 08:32:37   Desc Main
Document      Page 5 of 15

FORM 2

ESTACT CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-02284 -TAB | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | POPIELEWSKI, STEPHEN R | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******7712  Checking Account |
| Taxpayer ID No: | *******4981 | | | | |
| For Period Ending: | 12/18/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 31,484.54 | | 31,484.54 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.41 | 31,465.13 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.05 | 31,445.08 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.39 | 31,425.69 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.02 | 31,405.67 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.69 | 31,358.98 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.11 | 31,316.87 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 26.13 | 31,290.74 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.56 | 31,244.18 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.95 | 31,199.23 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.38 | 31,152.85 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.82 | 31,108.03 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.25 | 31,061.78 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.18 | 31,015.60 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.63 | 30,970.97 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.05 | 30,924.92 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.49 | 30,880.43 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.91 | 30,834.52 |
| 02/07/14 | 010002 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 33.81 | 30,800.71 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.84 | 30,754.87 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.32 | 30,713.55 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.66 | 30,667.89 |
| | | | Page Subtotals | | 31,484.54 | 816.65 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM24
Ver: 18.03a

**FORM 2**      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit B

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7712 Checking Account |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 12/18/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.12 | 30,623.77 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.53 | 30,578.24 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.99 | 30,534.25 |

| | | | | |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 31,484.54 | 950.29 | 30,534.25 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 31,484.54 | 0.00 | |
| | | Subtotal | 0.00 | 950.29 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 950.29 | |

                 Page Subtotals     0.00     133.64

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8764 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 12/18/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/10 | 7 | GREATER ILLINOIS TITLE | RCPTS - LIQUID. OF REAL PROPERTY | | 63,075.22 | | 63,075.22 |
| | | GREATER ILLINOIS TITLE | Memo Amount: 257,500.00 RCPTS - LIQUID. OF REAL PROPERTY | 1210-000 | | | |
| | | JOAN POPIELEWSKI TRUST, TRUSTEE | Memo Amount: ( 173,604.78 ) PAYOFF TO TRUST | 4110-000 | | | |
| | | AGENT FEE | Memo Amount: ( 288.00 ) AGENT FEE | 3991-000 | | | |
| | | BROKER FEES | Memo Amount: ( 15,800.00 ) BROKER FEES | 3510-000 | | | |
| | | CLOSING COSTS | Memo Amount: ( 2,429.25 ) CLOSING COSTS | 2500-000 | | | |
| | | TAXES | Memo Amount: ( 2,302.75 ) TAXES | 2820-000 | | | |
| 07/30/10 | 8 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.24 | | 63,077.46 |
| 08/31/10 | 8 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.69 | | 63,080.15 |
| 09/30/10 | 8 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.59 | | 63,082.74 |
| 10/29/10 | 8 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.68 | | 63,085.42 |
| 11/30/10 | 8 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.60 | | 63,088.02 |
| 12/31/10 | 8 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.68 | | 63,090.70 |
| 01/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.68 | | 63,093.38 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 104.95 | 62,988.43 |
| 02/28/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 62,988.91 |
| 03/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,989.44 |
| | | | Page Subtotals | | 63,094.39 | 104.95 | |

FORM 2

Page: 4
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-02284 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8764 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4981 | | | |
| For Period Ending: | 12/18/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/29/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.51 | | 62,989.95 |
| 05/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.54 | | 62,990.49 |
| 06/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.52 | | 62,991.01 |
| 07/29/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,991.54 |
| 08/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.54 | | 62,992.08 |
| 09/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.52 | | 62,992.60 |
| 10/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.54 | | 62,993.14 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 80.25 | 62,912.89 |
| 11/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.52 | | 62,913.41 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 77.56 | 62,835.85 |
| 12/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,836.38 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 77.47 | 62,758.91 |
| 01/31/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.54 | | 62,759.45 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 82.31 | 62,677.14 |
| 02/29/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.50 | | 62,677.64 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 74.49 | 62,603.15 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 52.36 | 62,550.79 |
| 03/30/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.52 | | 62,551.31 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 76.97 | 62,474.34 |
| 04/30/12 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.52 | | 62,474.86 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 79.38 | 62,395.48 |
| 05/31/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,396.01 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 79.27 | 62,316.74 |
| 06/07/12 | 000103 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 | INTERIM COMPENSATION JUNE 17, 2008 THROUGH DECEMBER 31, 2011 | | | 30,709.06 | 31,607.68 |

Page Subtotals 7.36 31,389.12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8764  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 12/18/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60603 | Fees            28,952.00 | 3110-000 | | | |
| | | | Expenses          1,757.06 | 3120-000 | | | |
| 06/29/12 | 8 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 31,607.98 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 45.12 | 31,562.86 |
| 07/31/12 | 8 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 31,563.14 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 41.39 | 31,521.75 |
| 08/30/12 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 31,522.00 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 37.46 | 31,484.54 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 31,484.54 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 257,500.00 | COLUMN TOTALS | 63,102.58 | 63,102.58 | 0.00 |
| Memo Allocation Disbursements: | 194,424.78 | Less: Bank Transfers/CD's | 0.00 | 31,484.54 | |
| | | Subtotal | 63,102.58 | 31,618.04 | |
| Memo Allocation Net: | 63,075.22 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 63,102.58 | 31,618.04 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 257,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 194,424.78 | Checking Account - ********7712 | 0.00 | 950.29 | 30,534.25 |
| | | Money Market - Interest Bearing - ********8764 | 63,102.58 | 31,618.04 | 0.00 |
| Total Memo Allocation Net: | 63,075.22 | | 63,102.58 | 32,568.33 | 30,534.25 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.83    31,608.51

FORM 2

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8764  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 12/18/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 18, 2014 |
|---|---|---|---|---|---|---|

Case Number: 08-02284  
Debtor Name: POPIELEWSKI, STEPHEN R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $1,778.68 | $1,757.06 | $21.62 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 W. ADAMS SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $38,173.50 | $28,952.00 | $9,221.50 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $16,126.37 | $0.00 | $16,126.37 |
| 001<br>2700-00 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Administrative | | $260.00 | $0.00 | $260.00 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $164.89 | $164.89 | $0.00 |
| 000001<br>070<br>7100-00 | Citibank, N.A.<br>c/o Randall Woolley<br>Askounis & Darcy, PC<br>401 North Michigan Avenue, Suite 550<br>Chicago, IL 60611 | Unsecured | | $18,325.48 | $0.00 | $18,325.48 |
| 000002<br>070<br>7100-00 | Discover Bank/DFS Services, LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,056.98 | $0.00 | $9,056.98 |
| 000003<br>070<br>7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $666.43 | $0.00 | $666.43 |
| 000004<br>070<br>7100-00 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $330.13 | $0.00 | $330.13 |
| 000005<br>070<br>7100-00 | Pra Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>c/o MBNA/BOA<br>POB 12914<br>NORFOLK VA 23541 | Unsecured | | $29,166.80 | $0.00 | $29,166.80 |
| 000006<br>070<br>7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services | Unsecured | | $33,586.13 | $0.00 | $33,586.13 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 18, 2014

Case Number: 08-02284
Debtor Name: POPIELEWSKI, STEPHEN R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | PO Box 10587<br>Greenville, SC 29603-0587 | | | | | |
| 000007<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $3,751.74 | $0.00 | $3,751.74 |
| 000008<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $13,861.24 | $0.00 | $13,861.24 |
| | Case Totals: | | | $165,248.37 | $30,873.95 | $134,374.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-02284
Case Name: POPIELEWSKI, STEPHEN R
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Charges: CLERK OF US BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: MAXWELL LAW GROUP, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank, N.A. | $ | $ | $ |
| 000002 | Discover Bank/DFS Services, LLC | $ | $ | $ |
| 000003 | CHASE BANK USA, NA | $ | $ | $ |
| 000004 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000005 | Pra Receivables Management, Llc | $ | $ | $ |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000007 | LVNV Funding LLC | $ | $ | $ |
| 000008 | LVNV Funding LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

      Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE