# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | | |
|---|---|---|---|
| In re: | | § | |
| | | § | |
| POPIELEWSKI, STEPHEN R | | § | Case No. 08-02284 |
| | | § | |
| Debtor(s) | | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BK COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/13/2015 in Courtroom 613,
UNITED STATES COURTHOUSE
219 S DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/18/2014          By: /s/ Andrew J. Maxwell
                                              Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| POPIELEWSKI, STEPHEN R | § | Case No. 08-02284 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 257,527.36 |
| and approved disbursements of | $ | 226,993.11 |
| leaving a balance on hand of[1] | $ | 30,534.25 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 16,126.37 | $ 0.00 | $ 16,126.37 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 1,778.68 | $ 1,757.06 | $ 21.62 |
| Charges: CLERK OF US BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 164.89 | $ 164.89 | $ 0.00 |
| Other: MAXWELL LAW GROUP, LLC | $ 38,173.50 | $ 28,952.00 | $ 9,221.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 25,629.49 |
| Remaining Balance | $ | 4,904.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 108,744.93  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank, N.A. | $ 18,325.48 | $ 0.00 | $ 826.54 |
| 000002 | Discover Bank/DFS Services, LLC | $ 9,056.98 | $ 0.00 | $ 408.50 |
| 000003 | CHASE BANK USA, NA | $ 666.43 | $ 0.00 | $ 30.06 |
| 000004 | eCAST Settlement Corporation assignee of | $ 330.13 | $ 0.00 | $ 14.89 |
| 000005 | Pra Receivables Management, Llc | $ 29,166.80 | $ 0.00 | $ 1,315.52 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 33,586.13 | $ 0.00 | $ 1,514.85 |
| 000007 | LVNV Funding LLC | $ 3,751.74 | $ 0.00 | $ 169.22 |
| 000008 | LVNV Funding LLC | $ 13,861.24 | $ 0.00 | $ 625.18 |

Total to be paid to timely general unsecured creditors                $ 4,904.76

Remaining Balance                                                    $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/Andrew J. Maxwell_____
                                                        Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-02284-TAB
Stephen R Popielewski                                                     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 2          Date Rcvd: Dec 22, 2014
                             Form ID: pdf006          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2014.
db            +Stephen R Popielewski,   328 Kingsbury Dr,   Schaumburg, IL 60193-5301
11920451      +Academy Collection Service,   10965 Decaatur,   Philadelphia, PA 19154-3210
11920452      +Askounis & Borst PC,   180 N Stetson #3400,   Chicago, IL 60601-6740
11920453       Assoc Credit Services,   PO Box 9100,   Hopkinron, MA  01748
11920454      +Bronson & Migliaccio LLP,   799 Roosevelt Rd, 316A,   Glen Ellyn, IL 60137-5908
14349597       CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
11920455      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11920456      +Citibank NA,   C Randall Woolley Esq,   c/o Askounis & Darcy PC,   333 No Michigan Ave #510,
               Chicago IL 60601-3934
12646194      +Citibank, N.A.,   c/o Randall Woolley,   Askounis & Darcy, PC,
               401 North Michigan Avenue, Suite 550,   Chicago, IL 60611-5523
11920458     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court:  Dell Financial Svcs,   12234 N Ih 35 Sb Bldg B,   Austin, TX  78753)
11920457      +Daimlerchrysler Trk Fi,   1011 Warrenville Rd Ste,   Lisle, IL 60532-0903
11920460      +Encore Financial,   Box 3330,   Olathe, KS 66063-3330
11920461      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
11920464      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
11920465      +John Lee Jackson,   1445 Langham Creed Dr,   Houston, TX 77084-5012
11920466       Landlord,   328 Kimbsgubry Rd,   Schaumburg, IL  60193
11920468     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,   P O Box 12914,   Norfolk, VA  23541)
11920449      +Popielewski Stephen R,   328 Kingsbury Drive,   Schaumburg, IL 60193-5301
12757547      +Pra Receivables Management, Llc,   As Agent Of Portfolio Recovery Assocs.,
               c/o 4264294227463264,   POB 41067,   NORFOLK VA 23541-1067
11920469      +Sears/cbsd,   8725 W Sahara Ave Mc 02/02/03,   The Lakes, NV 89163-0001
11920471      +TCH,   4185 Harrison #202,   Ogden, UT 84403-6400
11920472      +United Collections,   P O Box 1116,   Maumee, OH 43537-8116
11920473      +Valentine & Kebartas, Inc,   P O Box 325,   Lawrence, MA 01842-0625
11920474      +Wffinancial,   1115 N Salem Dr,   Schamburg, IL 60194-1332
12719597       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12695786      +E-mail/Text: bncmail@w-legal.com Dec 23 2014 01:37:21     CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
11920459       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 23 2014 01:42:54     Discover Fin,   Pob 15316,
               Wilmington, DE  19850
12675025       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 23 2014 01:42:54
               Discover Bank/DFS Services, LLC,   PO Box 3025,   New Albany, OH  43054-3025
11920463      +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2014 01:42:18     Gemb/ge Money Loc,   Po Box 30762,
               Salt Lake City, UT 84130-0762
11920450      +E-mail/Text: PUTER808@SBCGLOBAL.NET Dec 23 2014 01:38:21     Joseph P Dowd,   880 Lee St #100,
               Des Plaines, IL 60016-6465
12960941       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2014 02:13:13     LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11920467      +E-mail/Text: bankruptcy@leadingedgerecovery.com Dec 23 2014 01:37:13     Leading Edge,
               5440 N Cumberland #300,   Chicago, IL 60656-1486
12833093       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2014 01:43:49
               PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
11920470      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2014 02:11:34
               Sherman Acquisitions,   Po Box 740281,   Houston, TX 77274-0281
                                                                                  TOTAL: 9


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11920462     ##+Fleet One,   5042 Linbar Dr,   Nashville, TN 37211-8200
                                                                   TOTALS: 0, * 0, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte          Page 2 of 2          Date Rcvd: Dec 22, 2014
                              Form ID: pdf006         Total Noticed: 34
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2014 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Charles R Woolley    on behalf of Creditor    Citibank, N.A. rwoolley@askounisdarcy.com
          Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Joseph  Dowd    on behalf of Debtor Stephen R Popielewski puter808@sbcglobal.net
          Kathryn A Klein    on behalf of Creditor    DCFS USA, LLC iln@riezmanberger.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                            TOTAL: 9
```