UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
POPIELEWSKI, STEPHEN R § Case No. 08-02284
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | JOAN POPIELEWSKI TRUST, TRUSTEE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLOSING COSTS | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| TAXES | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| BROKER FEES | | | | | |
| AGENT FEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CHASE BANK USA, NA | | | | | |
| 000001 | CITIBANK, N.A. | | | | | |
| 000002 | DISCOVER BANK/DFS SERVICES, LLC | | | | | |
| 000004 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000007 | LVNV FUNDING LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | LVNV FUNDING LLC | | | | | |
| 000005 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-02284 | TAB | Judge: TIMOTHY A. BARNES | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | POPIELEWSKI, STEPHEN R | | | | Date Filed (f) or Converted (c): | 01/31/08 (f) |
| | | | | | 341(a) Meeting Date: | 03/03/08 |
| For Period Ending: | 03/11/15 | | | | Claims Bar Date: | 12/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK CHECKING ACCOUNT | 200.00 | 200.00 | | 0.00 | FA |
| 2. MISC. HOUSEHOLD GOODS AND FURNISHINGS | 300.00 | 300.00 | | 0.00 | FA |
| 3. NECESSARY WEARING APPAREL FOR DEBTOR | 200.00 | 200.00 | | 0.00 | FA |
| 4. REFUND OF INSURANCE PREMIUM ON REPOSSESSED TRACTOR | 200.00 | 200.00 | | 0.00 | FA |
| 5. ESTIMATED TAX REFUND (FEDERAL AND STATE) | 3,100.00 | 3,100.00 | | 0.00 | FA |
| 6. 2000 FORD EXCURSION 78 K MILES | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 7. 328 KINGSBURY DRIVE/TRUST (u) | 257,500.00 | 257,000.00 | | 257,500.00 | FA |
| this was added by amended schedule at the gross sales price. | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 27.36 | FA |
| TOTALS (Excluding Unknown Values) | $268,500.00 | $268,000.00 | | $257,527.36 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-employed Accountant

-Debtor inherited $ from a Trust; Trustee and Bank Trustee cooperated to sell RE to fund initial payout of trust;
seeking to obtain remaining distribution out of trust - bank Trustee has refused that request (5-11); seeking to
liquidate remaining interest in trust

-Objection filed to amended exemptions claimed by Debtor; court sustained the objection and ruled in trustee's favor

-claim bar date set; claims review has been completed

-seeking to resolve remaining trust issues with bank Trustee

TFR IN PROGRESS SEPT 2014

LFORM1
UST Form 101-7-TDR (10/1/2010) (Page: 7)

Ver: 18.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-02284   TAB   Judge: TIMOTHY A. BARNES | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | POPIELEWSKI, STEPHEN R | Date Filed (f) or Converted (c): 01/31/08 (f) |
| | | 341(a) Meeting Date: 03/03/08 |
| | | Claims Bar Date: 12/26/08 |

TFR FILED HEARING PENDING 1/13/15
TDR IN PROGRESS

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/14

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02284 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7712  Checking Account |
| Taxpayer ID No: | *******4981 | | | |
| For Period Ending: | 03/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 31,484.54 | | 31,484.54 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.41 | 31,465.13 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.05 | 31,445.08 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.39 | 31,425.69 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.02 | 31,405.67 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.69 | 31,358.98 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.11 | 31,316.87 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 26.13 | 31,290.74 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.56 | 31,244.18 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.95 | 31,199.23 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.38 | 31,152.85 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.82 | 31,108.03 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.25 | 31,061.78 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.18 | 31,015.60 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.63 | 30,970.97 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.05 | 30,924.92 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.49 | 30,880.43 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.91 | 30,834.52 |
| 02/07/14 | 010002 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 33.81 | 30,800.71 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.84 | 30,754.87 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.32 | 30,713.55 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.66 | 30,667.89 |
| | | | Page Subtotals | | 31,484.54 | 816.65 | |

Ver: 18.04

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7712  Checking Account |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.12 | 30,623.77 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.53 | 30,578.24 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.99 | 30,534.25 |
| 01/14/15 | 010003 | MAXWELL LAW GROUP, LLC<br>105 W. ADAMS SUITE 3200<br>CHICAGO, IL 60603 | Atty Fees and Expenses<br>c/o 1/13/2015 | 3110-000 | | 6,435.47 | 24,098.78 |
| 01/14/15 | 010004 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 1/13/2015 | 2100-000 | | 16,126.37 | 7,972.41 |
| 01/14/15 | 010005 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Court Cost / Reopen fee | 2700-000 | | 260.00 | 7,712.41 |
| 01/14/15 | 010006 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Atty Expenses<br>c/o 1/13/2015 | 3120-000 | | 21.62 | 7,690.79 |
| 01/14/15 | 010007 | Citibank, N.A.<br>c/o Randall Woolley<br>Askounis & Darcy, PC<br>401 North Michigan Avenue, Suite 550<br>Chicago, IL 60611 | (Claim #1 , Final Payment | 7100-000 | | 1,296.04 | 6,394.75 |
| 01/14/15 | 010008 | Discover Bank/DFS Services, LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Claim # 2, Final Payment | 7100-000 | | 640.54 | 5,754.21 |
| 01/14/15 | 010009 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | (Claim # 3, Final Payment | 7100-000 | | 47.13 | 5,707.08 |
| 01/14/15 | 010010 | eCAST Settlement Corporation assignee of | (Claim # 4, Final Payment | 7100-000 | | 23.35 | 5,683.73 |

Page Subtotals        0.00        24,984.16

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-02284 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | POPIELEWSKI, STEPHEN R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7712  Checking Account |
| Taxpayer ID No: | *******4981 | | | |
| For Period Ending: | 03/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/15 | 010011 | HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480<br>Pra Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>c/o MBNA/BOA<br>POB 12914<br>NORFOLK VA 23541 | (Claim # 5, Final Payment | 7100-000 | | 2,062.77 | 3,620.96 |
| 01/14/15 | 010012 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (Claim # 6, Final Payment | 7100-000 | | 2,375.32 | 1,245.64 |
| 01/14/15 | 010013 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (Claim # 7, Final Payment | 7100-000 | | 265.33 | 980.31 |
| 01/14/15 | 010014 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (Claim # 8, Final Payment | 7100-000 | | 980.31 | 0.00 |

Page Subtotals    0.00    5,683.73

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7712  Checking Account |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | | 0.00 | COLUMN TOTALS | | 31,484.54 | 31,484.54 | 0.00 |
| | Memo Allocation Disbursements: | | 0.00 | Less:  Bank Transfers/CD's | | 31,484.54 | 0.00 | |
| | | | | Subtotal | | 0.00 | 31,484.54 | |
| | Memo Allocation Net: | | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 0.00 | 31,484.54 | |

Page Subtotals     0.00     0.00

Ver: 18.04

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8764 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/10 | 7 | GREATER ILLINOIS TITLE | RCPTS - LIQUID. OF REAL PROPERTY | | 63,075.22 | | 63,075.22 |
| | | GREATER ILLINOIS TITLE | Memo Amount:   257,500.00  RCPTS - LIQUID. OF REAL PROPERTY | 1210-000 | | | |
| | | JOAN POPIELEWSKI TRUST, TRUSTEE | Memo Amount:  ( 173,604.78 )  PAYOFF TO TRUST | 4110-000 | | | |
| | | AGENT FEE | Memo Amount:  ( 288.00 )  AGENT FEE | 3991-000 | | | |
| | | BROKER FEES | Memo Amount:  ( 15,800.00 )  BROKER FEES | 3510-000 | | | |
| | | CLOSING COSTS | Memo Amount:  ( 2,429.25 )  CLOSING COSTS | 2500-000 | | | |
| | | TAXES | Memo Amount:  ( 2,302.75 )  TAXES | 2820-000 | | | |
| 07/30/10 | 8 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.24 | | 63,077.46 |
| 08/31/10 | 8 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.69 | | 63,080.15 |
| 09/30/10 | 8 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.59 | | 63,082.74 |
| 10/29/10 | 8 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.68 | | 63,085.42 |
| 11/30/10 | 8 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.60 | | 63,088.02 |
| 12/31/10 | 8 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.68 | | 63,090.70 |
| 01/31/11 | 8 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.68 | | 63,093.38 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD.  ONE SHELL SQUARE  701 POYDRAS STREET, STE 420  NEW ORLEANS LA 70139 | BOND PAYMENTS  Bond# 016026455 | 2300-000 | | 104.95 | 62,988.43 |
| 02/28/11 | 8 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.48 | | 62,988.91 |
| 03/31/11 | 8 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.53 | | 62,989.44 |

Page Subtotals     63,094.39     104.95

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02284 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8764  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4981 | | | |
| For Period Ending: | 03/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.51 | | 62,989.95 |
| 05/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.54 | | 62,990.49 |
| 06/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.52 | | 62,991.01 |
| 07/29/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,991.54 |
| 08/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.54 | | 62,992.08 |
| 09/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.52 | | 62,992.60 |
| 10/31/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.54 | | 62,993.14 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 80.25 | 62,912.89 |
| 11/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.52 | | 62,913.41 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 77.56 | 62,835.85 |
| 12/30/11 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,836.38 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 77.47 | 62,758.91 |
| 01/31/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.54 | | 62,759.45 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 82.31 | 62,677.14 |
| 02/29/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.50 | | 62,677.64 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 74.49 | 62,603.15 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 52.36 | 62,550.79 |
| 03/30/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.52 | | 62,551.31 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 76.97 | 62,474.34 |
| 04/30/12 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.52 | | 62,474.86 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 79.38 | 62,395.48 |
| 05/31/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,396.01 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 79.27 | 62,316.74 |
| 06/07/12 | 000103 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200 | INTERIM COMPENSATION<br>JUNE 17, 2008 THROUGH DECEMBER 31, 2011 | | | 30,709.06 | 31,607.68 |

Page Subtotals       7.36       31,389.12

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8764  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60603 | | | | | | | |
| | | | Fees | 28,952.00 | | 3110-000 | | | |
| | | | Expenses | 1,757.06 | | 3120-000 | | | |
| 06/29/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | | | 1270-000 | 0.30 | | 31,607.98 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | | | 2600-000 | | 45.12 | 31,562.86 |
| 07/31/12 | 8 | Bank of America, N.A. | Interest Rate 0.010 | | | 1270-000 | 0.28 | | 31,563.14 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | | | 2600-000 | | 41.39 | 31,521.75 |
| 08/30/12 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | | 1270-000 | 0.25 | | 31,522.00 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | | | 2600-000 | | 37.46 | 31,484.54 |
| | | 901 MAIN STREET | | | | | | | |
| | | 10TH FLOOR | | | | | | | |
| | | DALLAS, TX 75283 | | | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | 9999-000 | | 31,484.54 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 257,500.00 | COLUMN TOTALS | 63,102.58 | 63,102.58 | 0.00 |
| Memo Allocation Disbursements: | 194,424.78 | Less: Bank Transfers/CD's | 0.00 | 31,484.54 | |
| | | Subtotal | 63,102.58 | 31,618.04 | |
| Memo Allocation Net: | 63,075.22 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 63,102.58 | 31,618.04 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 257,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 194,424.78 | Checking Account - ********7712 | 0.00 | 31,484.54 | 0.00 |
| | | Money Market - Interest Bearing - ********8764 | 63,102.58 | 31,618.04 | 0.00 |
| Total Memo Allocation Net: | 63,075.22 | | 63,102.58 | 63,102.58 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.83     31,608.51

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-02284 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | POPIELEWSKI, STEPHEN R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8764 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*